ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OCT 16 2025
at 10 o'clock and 15 min. 9 M
Lucy H. Carrillo, Clerk

KENNETH M. SORENSON
Acting United States Attorney
District of Hawaii

DARREN W.K. CHING #6903
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Phone: (808) 541-2850
E-mail: Darren.Ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR CR25-00109 MWJS |
| Plaintiff, | INDICTMENT |
| v. | [18 U.S.C. § 875(c)] |
| RYAN HOLDEN BAXTER, | |
| Defendant. | |

INDICTMENT

The Grand Jury charges:

Count 1
Transmitting a Threat in Interstate Commerce
(18 U.S.C. § 875(c))

On or about June 2, 2025, in the District of Hawaii, the defendant, RYAN HOLDEN BAXTER, knowingly and willfully did transmit in interstate commerce from outside the State of Hawaii, to the State of Hawaii, a communication to Victim 1, and the communication contained a threat to injure Victim 1 and Victim 2, that is to murder Victim 1 and 2.

All in violation of Section 875(c) of Title 18 of the United States Code.

Count 2
Transmitting a Threat in Interstate Commerce
(18 U.S.C. § 875(c))

On or about July 12, 2025, in the District of Hawaii, the defendant, RYAN HOLDEN BAXTER, knowingly and willfully did transmit in interstate commerce from outside the State of Hawaii, to the State of Hawaii, a communication to

\\

\\

\\

\\

\\

\\

\\

Victim 2, and the communication contained a threat to injure Victim 2, that is to murder Victim 2.

All in violation of Section 875(c) of Title 18 of the United States Code.

DATED: October 16, 2025, at Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson
FOREPERSON, GRAND JURY

KENNETH M. SORENSON
Acting United States Attorney

DARREN W.K. CHING
Assistant U.S. Attorney

United States v. Ryan Holden Baxter
Indictment
Case No. Cr. CR 25-00109 MWJS