Salina M. Kanai #8096
Federal Public Defender
District of Hawaii

Craig W. Jerome #8797
First Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii 96850-5269
Telephone: (808) 541-2521
Facsimile: (808) 541-3545
E-Mail: craig_jerome@fd.org

Attorneys for Defendant
Ryan Holden Baxter

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cr. No. 25-00109 MWJS |
| Plaintiff, | Statement of No Objection to MDC-LA's Request for 15-Day Extension |
| vs. | Certificate of Service |
| RYAN HOLDEN BAXTER, | |
| Defendant. | |

**Statement of No Objection to MDC-LA's Request for 15-Day Extension**

As directed by the Court (see ECF No. 32), the defense herein states that it has no objection to MDC-LA's request for a 15-day extension to complete the court-ordered psychological examination by March 10, 2026. The defense reserves the right to object to any further requests to extend the due date of the examination, and will likely do so if any further extensions are sought.

DATED: Honolulu, Hawaii, February 4, 2026.

*/s/ Craig W. Jerome*
CRAIG W. JEROME
Attorney for Defendant
RYAN HOLDEN BAXTER

**Certificate of Service**

I, CRAIG W. JEROME, hereby certify that by the method of service noted below, a true and correct copy of the foregoing was served on the following at the last known address:

Served Electronically via CM/ECF:

DARREN W.K. CHING darren.ching@usdoj.gov
Assistant United States Attorney
Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED: Honolulu, Hawaii, February 4, 2026.

/s/ *Craig W. Jerome*
CRAIG W. JEROME
Attorney for Defendant
RYAN HOLDEN BAXTER