KENNETH M. SORENSON
United States Attorney
District of Hawaii

DARREN W.K. CHING #6903
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
E-Mail: Darren.Ching@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RYAN HOLDEN BAXTER,<br><br>Defendant. | Cr. No. 25-00109 MWJS<br><br>ORDER FINDING THAT DEFENDANT IS PRESENTLY SUFFERING FROM A MENTAL DISEASE OR DEFECT RENDERING HIM MENTALLY INCOMPETENT AND COMMITTING DEFENDANT TO THE CUSTODY OF THE ATTORNEY GENERAL |

ORDER FINDING THAT DEFENDANT IS PRESENTLY SUFFERING FROM A MENTAL DISEASE OR DEFECT RENDERING HIM MENTALLY INCOMPETENT AND COMMITTING DEFENDANT TO THE CUSTODY OF THE ATTORNEY GENERAL

On the June 24, 2026, this Court held a hearing to determine the defendant, RYAN HOLDEN BAXTER's, mental competency to stand trial in accordance with 18 U.S.C. § 4247(d). Assistant United States Attorney Barbara Eucker

appeared for the United States, and First Assistant Federal Defender Craig Jerome appeared for the Defendant.

After reviewing the forensic evaluation prepared by E. Gonzalez, Ph.D., a licensed forensic psychologist for the Bureau of Prisons at MDC Los Angeles, pursuant to this Court's November 21, 2025 order [ECF No. 23] to determine mental competency, and after both parties stipulated to the admission of the report, and upon consideration of this Court's own observations of Defendant, this Court makes the following findings of fact and conclusions of law:

1. This Court finds by a preponderance of evidence that Defendant is presently suffering from a mental disease or defect, that is a delusional disorder, that renders him incompetent to the extent that he is unable to properly assist in his defense.

2. This Court hereby commits Defendant to the continued custody of the Attorney General pursuant to the provisions of 18 U.S.C. § 4241(d), at a suitable facility closest to the Federal District Court for the District of Hawaii, to include transportation to said facility: (1) for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the prosecution of the pending criminal charges against him to go forward; and (2) for an additional reasonable period of time until: (a) his mental condition is so

improved that the prosecution may proceed, if the court finds that there is a substantial probability that within such additional period of time he will attain the capacity to permit the prosecution to go forward; or (b) the pending charges against him are disposed of according to law; whichever is earlier.

3. On or before the end of the time period specified, the Attorney General or his designee shall file a report with this Court on the mental condition of Defendant;

4. This Court also finds that if, at the end of the time period specified, it is determined that Defendant's mental condition has not so improved as to permit the prosecution to move forward, Defendant will be subject to the provisions of 18 U.S.C. §§ 4246 and 4248.

5. The parties shall file joint status reports every 60 days after the filing of this Order concerning Defendant's location, travel, progress, etc.;

6. Proceedings are suspended while Defendant's competency remains under review. Pursuant to 18 U.S.C. § 3161(h)(1)(A), the time period from November 5, 2025 (filing date of Motion for Competency Evaluation [ECF No. 22]) up to and including the date Defendant's competency is determined, shall be excluded pursuant to the Speedy Trial Act.

//

//

IT IS SO ORDERED.

DATED: June 29, 2026, at Honolulu, Hawaiʻi.

/s/ Micah W.J. Smith

Micah W.J. Smith
United States District Judge